UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEMEZZ HAMILTON,

        Plaintiff,

        -against-

UBER TECHNOLOGIES, INC.,

        Defendants.
-------------------------------------------------------------x

22-CV-6917 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on November 16, 2022.

Pursuant to instructions given at the November 16 conference, the parties' briefing schedule for Defendants' anticipated motion to compel arbitration is as follows:

- Defendants' motion is due **December 16, 2022**.
- Plaintiff's opposition is due **December 23, 2022**.
- Defendants' reply is due **January 13, 2023**.

**SO ORDERED.**

Dated: November 16, 2022
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge