**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
DEMEZZ HAMILTON,                                    :
                                                    :
        Plaintiff,                 :          22-CV-6917 (PGG) (OTW)
                                                    :
        -against-                  :          **ORDER**
                                                    :
UBER TECHNOLOGIES, INC.,                            :
                                                    :
        Defendant.                 :
                                                    :
                                                    :
------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court understands that *pro se* Plaintiff has not responded to Defendant's Notice of

Consent to my consideration of its Motion to Compel Arbitration (ECF 14). Plaintiff is directed to

review and respond to ECF 14, and report to the Court whether he consents to my consideration of

Defendant's Motion to Compel Arbitration. Plaintiff may submit his response to Defendant's Notice

of Consent by filing a short letter on the docket by **February 3, 2023**.

        The Court emphasizes that there will be no adverse consequences to either party for

withholding consent to my consideration of the Motion, and that the Court's *Pro Se* Office (telephone

212-805-0175) can assist *pro se* litigants in connection with court procedures. The Court also notes

that there is a legal clinic in this District to assist individual parties in civil cases who do not have

lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is

not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States

Courthouse, 40 Centre Street, New York, New York, in Room LL22.

        **SO ORDERED.**

                                 _s/ Ona T. Wang_

Dated: January 4, 2023                              **Ona T. Wang**
       New York, New York                          United States Magistrate Judge