UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMEZZ HAMILTON,

                Plaintiff,

        -against-

UBER TECHNOLOGIES, INC.,

                Defendant.

**ORDER**

22 Civ. 6917 (PGG) (OTW)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for today, January 11, 2023, is canceled.

Dated: New York, New York
January 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge