**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DEMEZZ HAMILTON,  :
:
            Plaintiff,  :      22-CV-6917 (PGG) (OTW)
:
         -against-  :      **ORDER**
:
UBER TECHNOLOGIES, INC.,  :
:
           Defendant.  :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of *pro se* Plaintiff's letter. (ECF 46). Defendant is directed to respond no later than **Wednesday, March 27, 2024 at 5:00 p.m.**

      **SO ORDERED.**

Dated: March 27, 2024                       *s/ Ona T. Wang*
      New York, New York              **Ona T. Wang**
                                        United States Magistrate Judge